Jimmy Leroy LUNA, Movant,

v.

COMMONWEALTH of Kentucky, Respondent.

Supreme Court of Kentucky.

Sept. 19, 1978.

Jack Emory Farley, Public Defender, Timothy T. Riddell, Asst. Public Defender, Frankfort, for movant.

Robert F. Stephens, Atty. Gen., Robert W. Hensley, Asst. Atty. Gen., Frankfort, for respondent.

### OPINION AND ORDER

The Court, having considered the briefs of movant and respondent and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted. See *Wylie v. Commonwealth,* Ky., 556 S.W.2d 1, at page 3.

The order granting discretionary review is vacated, and the case, Ky.App., 571 S.W.2d 88, is remanded to the Court of Appeals for the issuance of its mandate.

All concur.